No. 04–9100. OSIFE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–9334. ABRAHAM *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–9409. TYTLER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–9926. CLARITT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10095. SNOWDEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10210. MANDERS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10288. MOBIN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10339. DAIBO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10351. SPIELVOGEL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10421. STURGILL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10433. BUTLER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10465. CURTIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10500. WILLIAMS *v.* BROWN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10541. CHISHOLM *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10657. SOLER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.